IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00294-JLK-11

UNITED STATES OF AMERICA,

       Plaintiff,

v.

11. MIGUEL IZAGUIRRE,

       Defendant.

---

## ORDER

---

      Came on to be considered the unopposed motion (doc. #994), filed May 30, 2008, of the United States to quash or otherwise remove the detainer (or hold by whatever name known) currently preventing the defendant from be transferred to half-way house placement.

      Having considered same, the Court GRANTS the motion. The federal hold or detainer on this defendant is hereby QUASHED.

Dated: May 30, 2008

                                           BY THE COURT:

                                           *S/John L. Kane*
                                           JOHN L. KANE, JR., SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT
                                           DISTRICT OF COLORADO